Colvin *v.* Pitney.

SARAH H. COLVIN, appellant,

*v.*

HENRY C. PITNEY et al., executors &c. of Catherine C.
Halsted, respondents.

On appeal from a decree advised by Vice-Chancellor Van
Fleet, whose opinion is reported in *Halsted* v. *Colvin, 6 Dick.
Ch. Rep. 387.*

*Mr. Joseph P. Osborne* and *Mr. George W. Carr* (of New
York), for the appellant.

*Mr. Henry C. Pitney, Jr.,* and *Mr. William H. Vredenburgh,*
for the respondents.

PER CURIAM.

Decree affirmed, for the reasons given in the court of chancery.

*For affirmance*—ABBETT, DEPUE, DIXON, GARRISON, LIP-
PINCOTT, REED, VAN SYCKEL, BOGERT, BROWN, SMITH—10.

*For reversal*—None.